**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GREGORY TURLEY,** | ) |
| Plaintiff, | ) |
| vs. | )   No.   11-1052-SCW |
| **DAVID A. REDNOUR, JOANNA HULCE, KIM BUTLER, BETSY SPILLER, TRACY HARRINGTON, MAJOR WESTERMAN, ROGER WALLER, LT. LIEFER, SGT. SCHERTZ, J. VASQUEZ, OFFICER TADARO, OFFICER MAUE, S. HENRY, SGT. HASSEMEYER, SANDRA FUNK, and JOHN DOES 1 and 2,** | ) |
| Defendant(s), | ) |

## JUDGMENT IN A CIVIL CASE

Defendants Unknown Party 1 Placement Officer and Unknown Party 2 John Doe were dismissed with prejudice on August 13, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 10).

Defendants Salvador Godinez, Michael P. Atchison, Brad Thomas, Jennifer Clendenin and Russell Neipert were dismissed with prejudice by the filing of the Amended Complaint on November 13, 2012 (Doc. 63).

Defendants Major Westerman and Roger Waller were dismissed on May 21, 2013 without prejudice by an Order entered by Magistrate Judge Stephen C. Willams (Doc. 136)

Defendant Sgt. Hassemeyer was dismissed without prejudice on July 16, 2013 by and Order entered by Chief Judge Michael J. Reagan (Doc. 145).

Defendant Joanna Hulce was dismissed without prejudice on September 4, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 156).

Defendants Kim Butler, Betsy Spiller, Tracy Harrington, Lt. Liefer, Sgt. Schertz, Jason Vasquez, S. Henry, Sandra Funk, Roger Schurtz and Jason Vasquez were dismissed with prejudice by and Order entered by Chief Judge Michael J. Reagan (Doc. 230).

Counter Claimants/Counter Defendants Roger Shurtz, Lt. Liefer and Jason Vasquez were dismissed with prejudice on September 16, 2014 by and Order entered by Chief Judge Michael J. Reagan (Doc. 230).

Defendants Terri Dethrow, Terri Anderson, Barbara Mueller and Latoya Owens were dismissed with prejudice on March 30, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 273).

Defendant Richard Clover was dismissed with prejudice on March 31, 2015 by an Order entered by Magistrate Judge Stephen C. Williams.

The remaining claims came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor of Defendants Chad Todaro and Lucas Maue and against Plaintiff Gregory Turley (Doc. 278).

Therefore Judgment is entered in favor Defendants  SALVADOR GODINEZ, MICHAEL P. ATCHISON, BRAD THOMAS, JENNIFER CLENDENIN, RUSSELL NEIPERT, KIM BUTLER, BETSY SPILLER, TRACY HARRINGTON, LT. LIEFER, SGT. SCHERTZ, JASON VASQUEZ, S. HENRY SANDRA FUNK, ROGER SCHURTZ, JASON VASQUEZ TERI DETHROW, TERRI ANDERSON, BARBARA MUELLER, LATOYA OWENS, RICHARD CLOVER, CHAD TODARA and LUCAS MAUE and against Plaintiff GREGORY TURLEY.

Plaintiff shall take nothing from this action.

**Dated:**  March 31, 2015

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
　　　　　**Deputy Clerk**

**Approved:  s//Stephen C. Williams**
　　　**STEPHEN C. WILLIAMS**
　　　**UNITED STATES MAGISTRATE JUDGE**